CAUSE NO.

REDDIE HOUSTON

VS

THE STATE OF TEXAS

COURT OF APPEALS
P.O. Box 12308
CAPITOL STATION
AUSTIN, TEXAS 78711

MOTION FOR REHEARING
TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Reddie Houston, Defendant in the above-entitled and numbered cause, by and through his pro se of record and files this his motion to set aside and "QUASH" the indictment under the authority of the Fifth, Sixth and Fourteenth Amendments of the United States Constitution and Art. I, Sections 10 and 19 of the Constitution for the following reasons:

I.

Defendant indictment charge under the provision of Penal Code 21.08 Indecent Exposure, Indecency With A Child 22.11, and 22.011 Sexual Assault.

PAGE 1-of-3

## II.

And conduct charge in the indictment herein wholly fail to give persons common intelligence fair "_NOTICE_" that this alleged conduct was a prohibited by statute; to-wit: Sexual Assault w/a Child.

## III.

The evidence in this case will clearly show that the offense are "_NOT_" connected, do "_NOT_" constitute a common plan or scheme, and are "_NOT_" the repeated commission of the same or similar offense.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that this MOTION FOR REHEARING, be "_GRANTED_" in its entirety; that he recover relief at Law or in equity, to which he may show himself entitled.

Respectfully Submitted,

Reddie Thriston

## CERTIFICATE OF SERVICE

I, Reddie Houston, do hereby certify that a true correct copy of the foregoing Motion for Rehearing, being placed in the U.S. Mail postage prepaid on the 11 day of August, 2015.

## ORDER

On this ___ day of _____, 2015, came to be heard Defendant's Motion for Rehearing, and it appears to this Court that this Motion should be GRANTED or DENIED

It is therefore the ORDER of this Court that Defendant's Motion is GRANTED relief.

_____

JUDGE PRESIDING